Nicholas C Inman
State Bar No. 00787747
ALLMAND LAW FIRM, P.L.L.C.
860 Airport Freeway, Suite 401
Hurst, TX 76054
214.265.0123 Phone
214.265.1979 Fax
ATTORNEY FOR DEBTOR

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **Ahmad Raef Kafarani** | § | **CASE NO. 23-32424** |
| | § | |
| **Debtor** | § | |
| | § | |

**No hearing will be conducted on this Motion unless a written objection is filed with the Clerk of the United States Bankruptcy Court and served upon the party filing this pleading WITHIN TWENTY-ONE (21) DAYS FROM THE DATE OF SERVICE shown in the certificate of service unless the Court shortens or extends the time for filing such objection. If no objection is timely served and filed, this pleading shall be deemed to be unopposed, and the Court may enter an order granting the relief sought. If an objection is filed and served in a timely manner, the Court will thereafter set a hearing with appropriate notice. If you fail to appear at the hearing, your objection may be stricken. The Court reserves the right to set a hearing on any matter**.

### DEBTOR'S MOTION TO REOPEN CHAPTER 7 CASE

TO THE HONORABLE JUDGE OF THIS COURT:

COMES NOW Debtor, **Ahmad Raef Kafarani,** who respectfully requests an Order Re-Opening his Chapter 7 Case for the purpose of amending schedule F to provide for the lawsuit filed by creditor Jamaael Salman, and would respectfully show the following:

1. This Court has jurisdiction over this matter pursuant to 11 U.S.C. §105 and 28 U.S.C.

§1334. This matter constitutes a core proceeding pursuant to 28 U.S.C. §157(b). Debtor seeks to re-open her Chapter 7 case for relief under 11 U.S.C § 350.

2. Debtor filed his petition in bankruptcy under Chapter 7 on June 30, 2023. Debtor received his Discharge on October 3, 2023.

3. Ronald J. Sommers was appointed the Chapter 7 Trustee in the case. Debtor does not believe a trustee needs to be appointed in this matter.

4. Debtor seeks to re-open his Chapter 7 case for the purposes of amending his schedules.

5. Debtor request that the Court reopen this case to allow for the schedules to be amended, reissue the Debtor's Discharge and close the case again.

WHEREFORE, PREMISES CONSIDERED, Debtor **Ahmad Raef Kafarani** respectfully requests an Order from this Court reopening the above case for the purposes set forth herein.

Dated: November 10, 2023

Respectfully Submitted,

ALLMAND LAW FIRM, P.L.L.C.

/s/ Nicholas C Inman
Nicholas C Inman
State Bar No. 00787747
ALLMAND LAW FIRM, P.L.L.C.
860 Airport Freeway, Suite 401
Hurst, TX 76054
214.265.0123 Phone
214.265.1979 Fax
ATTORNEY FOR DEBTOR(S)

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on November 10, 2023, a true and correct copy of the foregoing was served on all parties in interest below and on the attached mailing matrix.

**DEBTOR**:
Ahmad Raef Kafarani
22003 Willow Side Ct
Katy, TX 77450

**CHAPTER 7 TRUSTEE**:
Ronald J. Sommers
2800 Post Oak Blvd, 61st Floor
Houston, TX 77056

**U.S. TRUSTEE**
515 Rusk Ave
Ste 3516
Houston, TX 77002

McGinnis Lochridge LLP 609 Main Street
Suite 2800
Houston, TX 77002

Miller Scamardi & Carrabba, P.C.
6525 Washington Avenue
Houston, TX 77007

By: /s/ Nicholas C Inman
Nicholas C Inman State
Bar No. 00787747