Ahmad Raef Kafarani
22003 Willow Side Ct
Katy, TX 77450

Allmand Law Firm, PLLC
860 Airport Fwy Ste 401
Hurst, TX 76054-3264

Amex
P.O. Box 297871
Fort Lauderdale, FL 33329-7871

Associa Principal Managemet. Group
12700 Park Central
Dallas, TX 75258

Attorney General of Texas
Bankruptcy Collection Division
PO Box 12017
Austin, TX 78711

Barclays Bank
Attn: Bankruptcy
P.O. Box 8801
Wilmington, DE 19899-8801

Citibank
Citicorp Credit Srvs/Centralized Bk dept
PO Box 790034
St Louis, MO 63179

Citibank/The Home Depot
Citicorp Credit Srvs/Centralized Bk dept
PO Box 790034
Saint Louis, MO 63179

Comenitycapital/acadmy
Attn: Bankruptcy
PO Box 183043
Columbus, OH 43218

Credit One Bank
Attn: Bankruptcy Department
PO Box 98873
Las Vegas, NV 89193

Digital Federal Credit Union
Attn: Bankruptcy 220 Donald Lynch Blvd
Marlborough, MA 01752-9130

Discover Personal Loans
Attn: Bankruptcy
PO Box 30954
Salt Lake City, UT 84130-0954

First Tech FCU
3408 Hillview Ave.
Palo Alto, CA 94304-1350

Genesis FS Card
Attn: Bankruptcy
PO Box 4477
Beaverton, OR 97076-4477

Goldman Sachs Bank USA
Attn: Bankruptcy
PO Box 7247
Philadelphia, PA 19170

Hamael Salmen
Armstrong, Lee & Baker, LLLP
2800 North Loop West Ste 900
Houston, TX 77092

Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA 19101-7346

Linebarger Goggan Blair & Sampson LLP
Attn: Camille Stecker
2777 N. Stemmons Freeway 1000
Dallas, TX 75201

Macys/fdsb
Attn: Bankruptcy 9111 Duke Boulevard
Mason, OH 45040

Marcus by Goldman Sachs
Attn: Bankruptcy
PO Box 45400
Salt Lake City, UT 84145-0400

Nelnet
PO Box 82525
Lincoln, NE 68501

NTTA
PO Box 660244
Dallas, TX 75266

Porsche Financial Srvc
Attn: Bankruptcy One Porsche Dr
Atlanta, GA 30354

Small Business Administration
Attn: Bankruptcy
PO Box 3918 Ste 202
Portland, OR 97208

Sofi Lending Corp
Bldg A Suite 4700
One Lettermand Dr.
San Francisco, CA 94129

Syncb/cheapoair Dc
Attn: Bankruptcy
PO Box 965060
Orlando, FL 32896-5060

Syncb/Rooms To Go
Attn: Bankruptcy
PO Box 965060
Orlando, FL 32896-5060

Synchrony Bank
Bankruptcy
PO Box 965033
Orlando, FL 32896

Synchrony Bank/Lowes
Attn: Bankruptcy
PO Box 965060
Orlando, FL 32896

Synchrony Bank/Sams Club
Attn: Bankruptcy Dept
PO Box 965060
Orlando, FL 32896-5060

Synchrony/PayPal Credit
Attn: Bankruptcy
PO Box 965060
Orlando, FL 32896-5060

Texas Alcoholic Beverage Comm
Licenses and Permits Division
PO Box 13127
Austin, TX 78711-3127

Texas Dow Employees Credit Union
Attn: Bankruptcy 1001 FM 2004
Lake Jackson, TX 77566

UMB Financial Corporation
Attn: Bankruptcy 1010 Grand Blvd
Kansas City, MO 64106

United States Attorney -Western
601 NW Loop 410 Suite 533
Austin, TX 78701

United States Trustee
615 E Houston St Suite 533
San Antonio, TX 78205

US Attorney General
US Department of Justice
950 Pennsylvania Ave, NW
Washington, DC 20530

WebBank/OneMain
Attn: Bankruptcy Attn: Bankruptcy
215 South State Street , Suite 1000
Salt Lake City, UT 84111