**Fill in this information to identify your case:**

Debtor 1: **Ahmad**  **Raef**  **Kafarani**
First Name  Middle Name  Last Name

Debtor 2: _____
(Spouse, if filing) First Name  Middle Name  Last Name

United States Bankruptcy Court for the: **Southern** District of **Texas**

Case number: 23-32424
(if known)

☑ Check if this is an amended filing

Official Form 106E/F

# Schedule E/F: Creditors Who Have Unsecured Claims 12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Have Claims Secured by Property*. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).

## Part 1: List All of Your PRIORITY Unsecured Claims

**1. Do any creditors have priority unsecured claims against you?**
☑ No. Go to Part 2.
☐ Yes.

**2. List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

(For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

|  | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|

**2.1**
Priority Creditor's Name
Number  Street
City  State  ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number** __ __ __ __
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

| Debtor 1 | Ahmad | Raef | Kafarani | Case number *(if known)* 23-32424 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Part 2: List All of Your NONPRIORITY Unsecured Claims

**3. Do any creditors have nonpriority unsecured claims against you?**
☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.
☑ Yes

**4. List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

**Total claim**

**4.1** Amex
Nonpriority Creditor's Name
P.O. Box 297871
Number    Street

Fort Lauderdale, FL 33329-7871
City           State           ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   3  5  5  3             $1,013.00
When was the debt incurred?       9/1/2018

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   CreditCard

**4.2** Barclays Bank
Nonpriority Creditor's Name
P.O. Box 8801
Number    Street
Attn: Bankruptcy

Wilmington, DE 19899-8801
City           State           ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   4  5  0  2             $467.00
When was the debt incurred?       11/1/2018

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   CreditCard

Debtor 1 **Ahmad Raef Kafarani** Case number *(if known)* 23-32424
      First Name   Middle Name   Last Name

### Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | **Total claim**

---

**4.3** Citibank
Nonpriority Creditor's Name
PO Box 790034
Number   Street
Citicorp Credit Srvs/Centralized Bk dept
St Louis, MO 63179
City  State  ZIP Code

Last 4 digits of account number  4 2 5 0
When was the debt incurred?  12/1/2019

**Total claim: $27,491.00**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  CreditCard

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**4.4** Citibank/The Home Depot
Nonpriority Creditor's Name
PO Box 790034
Number   Street
Citicorp Credit Srvs/Centralized Bk dept
Saint Louis, MO 63179
City  State  ZIP Code

Last 4 digits of account number  5 9 7 6
When was the debt incurred?  2/1/2020

**Total claim: $15,058.00**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  ChargeAccount

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor 1   **Ahmad    Raef    Kafarani**   Case number *(if known)* 23-32424
First Name    Middle Name    Last Name

| Part 2: | Your NONPRIORITY Unsecured Claims — Continuation Page | |
|---|---|---|

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.   **Total claim**

---

**4.5** Comenitycapital/acadmy
Nonpriority Creditor's Name
PO Box 183043
Number    Street
Attn: Bankruptcy
Columbus, OH 43218
City    State    ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  9  2  8  3     $826.00
When was the debt incurred?   3/1/2020

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  ChargeAccount

---

**4.6** Credit One Bank
Nonpriority Creditor's Name
PO Box 98873
Number    Street
Attn: Bankruptcy Department
Las Vegas, NV 89193
City    State    ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  7  2  6  5     $1,056.00
When was the debt incurred?   4/1/2023

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  CreditCard

---

**4.7** Digital Federal Credit Union
Nonpriority Creditor's Name
220 Donald Lynch Blvd
Number    Street
Attn: Bankruptcy
Marlborough, MA 01752-9130
City    State    ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  5  1  4  1     $47,742.00
When was the debt incurred?   5/1/2023

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Line of Credit

---

Debtor 1   **Ahmad   Raef   Kafarani**   Case number *(if known)* 23-32424
　　　　　First Name　　Middle Name　　Last Name

### Part 2:   Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | Total claim

---

**4.8**   Discover Personal Loans
Nonpriority Creditor's Name
PO Box 30954
Number　　Street
Attn: Bankruptcy
Salt Lake City, UT 84130-0954
City　　　　State　　　ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   8　7　6　1　　　　$32,357.00
When was the debt incurred?   1/1/2023

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   Personal Loan

---

**4.9**   First Tech FCU
Nonpriority Creditor's Name
3408 Hillview Ave.
Number　　Street

Palo Alto, CA 94304-1350
City　　　　State　　　ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   3　2　9　1　　　　$10,025.00
When was the debt incurred?   5/1/2022

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   CreditCard

---

**4.10**   Genesis FS Card
Nonpriority Creditor's Name
PO Box 4477
Number　　Street
Attn: Bankruptcy
Beaverton, OR 97076-4477
City　　　　State　　　ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   1　3　6　5　　　　$692.00
When was the debt incurred?   5/1/2023

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   CreditCard

---

Official Form 106E/F　　　Schedule E/F: Creditors Who Have Unsecured Claims　　　page 5 of 12

Debtor 1  **Ahmad   Raef   Kafarani**         Case number *(if known)* 23-32424
         First Name   Middle Name   Last Name

**Part 2:   Your NONPRIORITY Unsecured Claims — Continuation Page**

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.    **Total claim**

---

**4.11**  Goldman Sachs Bank USA
Nonpriority Creditor's Name
PO Box 7247
Number   Street
Attn: Bankruptcy
Philadelphia, PA 19170
City   State   ZIP Code

Last 4 digits of account number  4 4 9 0         $5,096.00
When was the debt incurred?  10/1/2019

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   CreditCard

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**4.12**  Hamael Salmen
Nonpriority Creditor's Name
2800 North Loop West Ste 900
Number   Street
Armstrong, Lee & Baker, LLLP
Houston, TX 77092
City   State   ZIP Code

Last 4 digits of account number  ___ ___ ___ ___         unknown
When was the debt incurred?  _____

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**4.13**  Macys/fdsb
Nonpriority Creditor's Name
9111 Duke Boulevard
Number   Street
Attn: Bankruptcy
Mason, OH 45040
City   State   ZIP Code

Last 4 digits of account number  8 1 7 5         $688.00
When was the debt incurred?  4/1/2023

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   ChargeAccount

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor 1  **Ahmad   Raef   Kafarani**   Case number *(if known)* 23-32424
           First Name  Middle Name  Last Name

| Part 2: | Your NONPRIORITY Unsecured Claims — Continuation Page |

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. **Total claim**

---

**4.14**  Marcus by Goldman Sachs
Nonpriority Creditor's Name
PO Box 45400
Number      Street
Attn: Bankruptcy
Salt Lake City, UT 84145-0400
City       State       ZIP Code

Last 4 digits of account number   7  6  8  2        $24,007.00
When was the debt incurred?   1/1/2022

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   Credit Card

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**4.15**  Nelnet
Nonpriority Creditor's Name
PO Box 82525
Number      Street

Lincoln, NE 68501
City       State       ZIP Code

Last 4 digits of account number   8  3  8  9        $3,360.00
When was the debt incurred?   4/1/2006

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☑ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**4.16**  Nelnet
Nonpriority Creditor's Name
PO Box 82525
Number      Street

Lincoln, NE 68501
City       State       ZIP Code

Last 4 digits of account number   8  2  8  9        $3,252.00
When was the debt incurred?   4/1/2006

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☑ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor 1 | **Ahmad** | **Raef** | **Kafarani** | Case number *(if known)* 23-32424 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

### Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. **Total claim**

---

**4.17** Small Business Administration
Nonpriority Creditor's Name
PO Box 3918 Ste 202
Number   Street
Attn: Bankruptcy
Portland, OR 97208
City   State   ZIP Code

Last 4 digits of account number   7  4  0  0
When was the debt incurred?   5/17/2023

$131,000.00

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   Business Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**4.18** Sofi Lending Corp
Nonpriority Creditor's Name
One Lettermand Dr.
Number   Street
Bldg A Suite 4700
San Francisco, CA 94129
City   State   ZIP Code

Last 4 digits of account number   6  2  5  3
When was the debt incurred?   1/3/2023

$28,903.00

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   Unsecured

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**4.19** Syncb/cheapoair Dc
Nonpriority Creditor's Name
PO Box 965060
Number   Street
Attn: Bankruptcy
Orlando, FL 32896-5060
City   State   ZIP Code

Last 4 digits of account number   8  1  8  7
When was the debt incurred?   5/1/2023

$2,921.00

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   CreditCard

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Official Form 106E/F   Schedule E/F: Creditors Who Have Unsecured Claims   page 8 of 12

Debtor 1  **Ahmad    Raef    Kafarani**                                    Case number *(if known)* 23-32424
　　　　　First Name　Middle Name　Last Name

## Part 2:  Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.                    **Total claim**

---

**4.20** Syncb/Rooms To Go
Nonpriority Creditor's Name
PO Box 965060
Number　Street
Attn: Bankruptcy
Orlando, FL 32896-5060
City　State　ZIP Code

Last 4 digits of account number  0  7  1  8                    **$4,500.00**
When was the debt incurred?  6/1/2022

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  ChargeAccount

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**4.21** Synchrony Bank
Nonpriority Creditor's Name
PO Box 965033
Number　Street
Bankruptcy
Orlando, FL 32896
City　State　ZIP Code

Last 4 digits of account number  4  9  8  9                    **$10,758.00**
When was the debt incurred?  12/1/2021

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  CreditCard

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**4.22** Synchrony Bank/Lowes
Nonpriority Creditor's Name
PO Box 965060
Number　Street
Attn: Bankruptcy
Orlando, FL 32896
City　State　ZIP Code

Last 4 digits of account number  1  3  0  0                    **$3,036.00**
When was the debt incurred?  5/1/2023

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  ChargeAccount

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor 1  **Ahmad       Raef       Kafarani**            Case number *(if known)* 23-32424
             First Name   Middle Name   Last Name

### Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.   **Total claim**

---

**4.23** Synchrony Bank/Sams Club         Last 4 digits of account number   9 7 0 4           $9,838.00
Nonpriority Creditor's Name
PO Box 965060                             When was the debt incurred?   5/1/2019
Number        Street
Attn: Bankruptcy Dept                     As of the date you file, the claim is: Check all that apply.
Orlando, FL 32896-5060
City       State       ZIP Code           ☐ Contingent
                                          ☐ Unliquidated
**Who incurred the debt?** Check one.     ☐ Disputed

☑ Debtor 1 only                           **Type of NONPRIORITY unsecured claim:**
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only              ☐ Student loans
☐ At least one of the debtors and another ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Check if this claim is for a community debt   ☐ Debts to pension or profit-sharing plans, and other similar debts
                                          ☑ Other. Specify   CreditCard
**Is the claim subject to offset?**

☑ No
☐ Yes

---

**4.24** Synchrony/PayPal Credit           Last 4 digits of account number   3 1 6 6           $2,623.00
Nonpriority Creditor's Name
PO Box 965060                             When was the debt incurred?   12/1/2020
Number        Street
Attn: Bankruptcy                          As of the date you file, the claim is: Check all that apply.
Orlando, FL 32896-5060
City       State       ZIP Code           ☐ Contingent
                                          ☐ Unliquidated
**Who incurred the debt?** Check one.     ☐ Disputed

☑ Debtor 1 only                           **Type of NONPRIORITY unsecured claim:**
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only              ☐ Student loans
☐ At least one of the debtors and another ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Check if this claim is for a community debt   ☐ Debts to pension or profit-sharing plans, and other similar debts
                                          ☑ Other. Specify   CreditCard
**Is the claim subject to offset?**

☑ No
☐ Yes

---

**4.25** Texas Dow Employees Credit Union  Last 4 digits of account number   8 2 3 0           $10,809.00
Nonpriority Creditor's Name
1001 FM 2004                              When was the debt incurred?   1/1/2021
Number        Street
Attn: Bankruptcy                          As of the date you file, the claim is: Check all that apply.
Lake Jackson, TX 77566
City       State       ZIP Code           ☐ Contingent
                                          ☐ Unliquidated
**Who incurred the debt?** Check one.     ☐ Disputed

☑ Debtor 1 only                           **Type of NONPRIORITY unsecured claim:**
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only              ☐ Student loans
☐ At least one of the debtors and another ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Check if this claim is for a community debt   ☐ Debts to pension or profit-sharing plans, and other similar debts
                                          ☑ Other. Specify   CreditCard
**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor 1  **Ahmad  Raef  Kafarani**  Case number *(if known)* 23-32424
　　　　　First Name　　Middle Name　　Last Name

### Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | Total claim

**4.26** UMB Financial Corporation
Nonpriority Creditor's Name
1010 Grand Blvd
Number　　Street
Attn: Bankruptcy
Kansas City, MO 64106
City　　State　　ZIP Code

**Last 4 digits of account number** 0 9 4 5　　$15,047.00
**When was the debt incurred?** 11/1/2020

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   CreditCard

**Is the claim subject to offset?**
☑ No
☐ Yes

**4.27** WebBank/OneMain
Nonpriority Creditor's Name
215 South State Street , Suite 1000
Number　　Street
Attn: Bankruptcy Attn: Bankruptcy
Salt Lake City, UT 84111
City　　State　　ZIP Code

**Last 4 digits of account number** 0 9 8 8　　$974.00
**When was the debt incurred?** 4/1/2023

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   CreditCard

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor 1  **Ahmad        Raef        Kafarani**                          Case number *(if known)* 23-32424
         First Name   Middle Name   Last Name

## Part 4: Add the Amounts for Each Type of Unsecured Claim

6. **Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. § 159.
Add the amounts for each type of unsecured claim.**

|  |  |  |  | Total claim |
|---|---|---|---|---:|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. | $0.00 |
|  | 6b. | **Taxes and certain other debts you owe the government** | 6b. | $0.00 |
|  | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | $0.00 |
|  | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. + | $0.00 |
|  | 6e. | **Total.** Add lines 6a through 6d. | 6e. | $0.00 |

|  |  |  |  | Total claim |
|---|---|---|---|---:|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. | $6,612.00 |
|  | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $0.00 |
|  | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $0.00 |
|  | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. + | $386,927.00 |
|  | 6j. | **Total.** Add lines 6f through 6i. | 6j. | $393,539.00 |