United States Bankruptcy Court
Southern District of Texas
**ENTERED**
December 04, 2023
Nathan Ochsner, Clerk

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **AHMAD RAEF KAFARANI** | § | Case No. 23-32424 |
| | § | |
| **DEBTOR** | § | Chapter 7 |

## ORDER GRANTING MOTION TO RE-OPEN CHAPTER 7 CASE

CAME ON BEFORE THE COURT Debtor's *Motion to Re-open Chapter 7 Case* for the limited purpose of filing Amended Schedules filed in the above styled and numbered cause. Upon consideration of the Motion, the Court finds Cause to Grant the Motion. It is therefore

ORDERED that this case is hereby re-opened.

Signed: December 04, 2023

_____
Marvin Isgur
United States Bankruptcy Judge